## S. M. SWENSON v. SMITH COUNTY

No. 408.—Decided May 25, 1896.

## KOUNTZE BROS. v. SMITH COUNTY.

No. 409.

## GEO. F. BAGLEY v. SMITH COUNTY.

No. 410.

**Case Followed.**
    Morrill v. Smith County, ante 545, followed.

ERROR to Court of Civil Appeals for First District, in an appeal from Smith County.

For statement of case see Morrill v. Smith County, ante.

*Dickson* and *Moroney, T. W. Gregory* and *D. W. Doom,* for plaintiffs in error, S. M. Swenson, Kountze Bros. and Geo. F. Bagley.

*Jas. M. Edwards, H. C. & Cone Johnson* for defendant in error, Smith County.

GAINES, CHIEF JUSTICE.—These are companion cases with that of Mrs. M. A. Morrill v. Smith County and others, this day decided. All involve the same questions, and have been presented upon briefs which are substantially the same. For the reasons given in the opinion in the case last named, the judgment in each of the above styled cases is reversed and the cause remanded.

*Reversed and remanded.*